**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

In re JIMESHA EVE KENT            )    Case No. 05-63921
                                  )
        Debtor,             )
                                  )
                                  )

**MEMORANDUM and ORDER**

On October 5, 2005, the debtor filed the above-styled bankruptcy case. On October 31, 2005, she filed a reaffirmation agreement seeking to reaffirm a debt owed to Wells Fargo Financial Acceptance which debt was secured by a 2002 Chevrolet Malibu. The matter was set for hearing by the Clerk of the Court, but the debtor did not receive notice of the hearing. Because she did not appear at the hearing, the reaffirmation agreement was not approved. The debtor received her discharge and the case was closed in the normal course.

On March 6, 2006, the debtor filed a letter with the court indicating that she was not notified of the hearing on approval of the reaffirmation agreement. She asks that the court reopen the case and set a new hearing on approval of the reaffirmation agreement. The Clerk has confirmed that the debtor did not receive notice of the hearing on approval of the original reaffirmation agreement.

The case shall be reopened. The fee for reopening this case shall be waived in this

1

instance.

The Clerk shall set the matter down for hearing on April 6, 2006, at 10:00 a.m., and shall give appropriate notice.

So ORDERED.

Upon entry of this Order the Clerk shall forward copies to the debtor and Wells Fargo Financial Acceptance.

Entered on this  10TH  day of March, 2006.

_____
William E. Anderson
United States Bankruptcy Judge